A05A1581. PEARSON et al. v. TIPPMANN PNEUMATICS, INC.
(646 SE2d 276)

BERNES, Judge.

In *Pearson v. Tippmann Pneumatics*, 281 Ga. 740 (642 SE2d 691) (2007), the Supreme Court of Georgia reversed our previous decision in this case. See *Pearson v. Tippmann Pneumatics*, 277 Ga. App. 722 (627 SE2d 431) (2006). Accordingly, our prior judgment is vacated, the judgment of the Supreme Court is made the judgment of this Court, the judgment of the trial court is reversed, and the case is remanded for new trial.

*Judgment reversed and case remanded. Blackburn, P. J., and Miller, J., concur.*

DECIDED APRIL 26, 2007.

*Warshauer, Poe & Thornton, Michael J. Warshauer, Lyle G. Warshauer, Steven R. Thornton*, for appellants.
*McKenna, Long & Aldridge, Jonathan R. Friedman*, for appellee.